IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM S. DIBLE,<br><br>      Plaintiff,<br><br>vs.<br><br>STEVE SCHOLL and<br>GARY O. MAYNARD,<br><br>      Defendants. | No. C05-4089-PAZ<br><br>**JUDGMENT** |

This matter having come before the Court,

IT IS ORDERED THAT:

Plaintiff take nothing and this action is dismissed with prejudice on the grounds that the suit is barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).

IT IS FURTHER ORDERED THAT:

Plaintiff take nothing and this action also is dismissed with prejudice against Gary O Maynard on the merits.

DATED: March 7, 2008                      Robert L Phelps - Clerk

Approved by:                                    Signed by: S/src

                                                                    Deputy Clerk

*[signature: Paul A. Zoss]*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT